IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01724-RPM

AURORA LOAN SERVICES LLC,

    Plaintiff,

v.

MEGA CAPITAL FUNDING, INC.,

    Defendant.

_____

ORDER FOR DISMISSAL FOR LACK OF JURISDICTION
_____

Upon consideration of the defendant's motion to dismiss for lack of personal jurisdiction, filed August 24, 2007, and the pleadings relevant thereto, including the attachments to the plaintiff's response, filed September 27, 2007, the Court finds and concludes that the plaintiff has failed to show any basis for assertion of personal jurisdiction over the defendant in this judicial district.  The defendant conducts its business in California and the loans sold to the plaintiff forming the basis for the claims in this case are all for properties in California.  The allegations of the plaintiff and the documents submitted in support of the claim of jurisdiction are insufficient to show that the claims arose out of actions in the state of Colorado and there is no support for a finding of minimum contacts of the defendant with the state of Colorado.  Accordingly, it is

ORDERED that this civil action is dismissed, without prejudice, for lack of personal jurisdiction.

DATED: November 6th, 2007.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge